**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**WILLIAM GREENWALD,**                           **Case No. 2:15-cv-2451**
                                                 **Judge Gregory L. Frost**
          **Plaintiff,**                         **Magistrate Judge Norah McCann King**

**v.**

**MARC HOLSTEIN, et al.,**

          **Defendants.**

## ORDER

On February 3, 2016, Plaintiff filed a second amended complaint in this matter.  (ECF

No. 163.)  This complaint is now the operative complaint in this litigation.

The pending motions to dismiss the first amended complaint, ECF Nos. 129 and 156, are

**MOOT**.  The Court **DIRECTS** the Clerk to terminate these motions on the docket as moot.

Because the motions to dismiss no longer remain pending, the Court lifts the stay of

discovery entered October 16, 2015.  (ECF No. 161.)

  **IT IS SO ORDERED.**

                              **/s/ Gregory L. Frost**
                              **GREGORY L. FROST**
                              **UNITED STATES DISTRICT JUDGE**